AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**07/10/2025**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: Y. Lujan**
**Deputy**

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: PE:25-M -00372(1) |
| | § |
| (1) Alexis Ortega-Marrufo | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 08, 2025** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, ORTEGA-MARRUFO, ALEXIS attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title _____**8**_____ United States Code, Section(s) **1326(a) and (b)(2)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Alexis ORTEGA-Marrufo, was arrested by Presidio Border Patrol Agents, on July 08, 2025, for being an illegal alien present in*

**Continued on the attached sheet and made a part of hereof.**

/s/ Paulina Marrufo
Signature of Complainant
Border Patrol Agent

July 10, 2025                                        at    PECOS, Texas
Date                                                        City and State

Complaint sworn to in my presence and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

RONALD C. GRIFFIN

UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:25-M -00372(1)

WESTERN DISTRICT OF TEXAS

(1) Alexis Ortega-Marrufo

FACTS   (CONTINUED)

the United States.  Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 10/16/2018 through Del Rio, Tx, Intl Bridge.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
ORTEGA-MARRUFO, ALEXIS has been deported 2 time(s), the last one being to MEXICO on March 30, 2024, through NOGALES, AZ

CRIMINAL HISTORY:
10/11/2018, MARFA, TX, 21 U.S.C. _ 841(a)(1), 21 U.S.C. _ 841(b)(1)(C) and 18 U.S.C. _ 2 Aiding and Abetting Possession with Intent to Distribute Marijuana(F), CNV, 12 MONTHS.